UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DERRICK L. SMITH,

        Plaintiff,

v.                                       Case No. 17-cv-513-pp

SANDRA LA DU-IVES, et al.,

        Defendants.

## DECISION AND ORDER DISMISSING THE CASE BASED ON PLAINTIFF'S FAILURE TO PAY THE FILING FEE

On May 22, 2017, the court entered an order requiring the plaintiff to pay the $400 filing fee by June 9, 2017. Dkt. No. 13. The court warned the plaintiff that, if he did not pay the filing fee by the end of the day on June 9, 2017, the court would dismiss his case without prejudice and without further notice or hearing. The deadline has passed, and the plaintiff has not paid the filing fee as ordered.

Accordingly, the court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** based on the plaintiff's failure to pay the filing fee.

Dated in Milwaukee, Wisconsin this 20th day of June, 2017.

                                                          BY THE COURT:

                                                          **HON. PAMELA PEPPER**
                                                          **United States District Judge**